UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 23-10828-MWF(RAOx)**                               Date: September 24, 2024

Title     ***Diana Smyth v. Evereve Incorporated, et al.***

---

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

In light of the Joint Statement Following Mediation & Request for Continuance of October 21, 2024, Scheduling Conference (Docket No. 15) filed by the parties on September 24, 2024, the Court sets a hearing on Order to Show Cause for **Monday, December 23, 2024, at 11:30 a.m.**  If a Motion for Preliminary Approval of Settlement is filed prior to this date, the matter will be taken off calendar and no appearances are needed.

All other hearings and deadlines are hereby VACATED.

IT IS SO ORDERED.